**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| ERIC GEPIGA GUERRA, | No. 13-72619 |
| Petitioner, | Agency No. A079-630-433 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 13, 2015**

Before:    LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

Eric Gepiga Guerra, a native and citizen of the Philippines, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for asylum and withholding

of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

substantial evidence the agency's factual findings, *Nahrvani v. Gonzales*, 399 F.3d 1148, 1151 (9th Cir. 2005), and we deny the petition for review.

We reject Guerra's request that the court take judicial notice of country conditions in the Philippines. *See Fisher v. INS*, 79 F.3d 955, 963 (9th Cir. 1996) (en banc).

The record does not compel the finding that Guerra established the government of the Philippines is unwilling or unable to control the individuals he fears. *See Nahrvani*, 399 F.3d at 1154. Thus, Guerra's asylum and withholding of removal claims fail. *See id.*

**PETITION FOR REVIEW DENIED.**